**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**


DONALD MALLORY      :
           :
           :
   v.        : Civil No. CCB-11-2030
           :
           :
TOWN OF ELKTON, et al.    :
           :
           :
           :

## <u>ORDER</u>

   In light of the Order granting summary judgment to individual defendant Officer Todd

Finch, the plaintiff's claim against The Town of Elkton, Maryland also is **Dismissed**.  The Clerk

shall **Close** this case.

   **SO ORDERED** this 26th day of December, 2012.


          _____/s/_____
          Catherine C. Blake
          United States District Judge